**Order entered December 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00891-CV

### IN RE TACITO & ASSOCIATES, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-4216**

### ORDER
Before Justices Myers, Molberg, and Evans

Before the Court is relator's October 14, 2020 petition for writ of mandamus in which relator seeks an order directing the trial court to reopen the underlying case. Real parties and respondent are requested to file a response, if any, addressing the effect of the bankruptcy proceeding dismissal on the automatic bankruptcy stay, by **January 11, 2021**.

/s/    LANA MYERS
        JUSTICE